WILLIAM J. REDMOND, Appellant, v. FREDERICK W. HATCH et al., Respondents.

Negligence — Actions — Evidence — Weight and sufficiency.

APPEAL by the plaintiff from a judgment of the Municipal Court of the city of New York, borough of Manhattan, rendered against him in favor of the defendants in an action brought to recover damages for personal injuries.

Thomas C. McDonald, for appellant.

Rollins & Rollins, for respondents.

*Per Curiam.* The testimony shows that the plaintiff, who was a police officer, while standing at a street crossing, regulating traffic on the streets, and in such a position that he could not see the defendants' driver, was knocked down and run over in broad daylight; that the driver of the defendants' horses had ample room to pass plaintiff without striking him, and that there was nothing to obscure the vision of the driver. The driver was not called on the trial.

We are of the opinion that the plaintiff showed that he was free from contributory negligence, and that the injuries that he received were caused through the negligence of the defendants' driver.

Judgment appealed from is reversed and a new trial ordered, with costs to the appellant to abide the event.

Present: SCOTT, TRUAX and BISCHOFF, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.